

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-13-00891-CR

Donald F. **HUFF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2990
Honorable Sid L. Harle, Judge Presiding

# O R D E R

  The State's motion for extension of time to file the brief is GRANTED. Time is extended to September 8, 2014. **No further extensions will be granted.**

            _____
            Rebeca C. Martinez, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.

            _____
            Keith E. Hottle
            Clerk of Court